# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of A.P., T.P., A.P., and H.L., children.

T.A.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2026-0113

_____

July 17, 2026

Appeal from the Circuit Court for Hillsborough County; Richard H. Martin, Judge.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach; and Ita M. Neymotin, Regional Counsel, Second District, and Clay W. Oberhausen, Assistant Regional Counsel, Office of Criminal Conflict & Civil Regional Counsel, Sarasota, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Janice Lopez of Dinsmore & Shohl LLP, Miami; Jamie Billotte Moses of MMPO Defense, Orlando; and Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Statewide Guardian Ad Litem Office, Tallahassee, for Appellee Statewide Guardian ad Litem Office.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and GUARD, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.